1
2
3
4
5
6
7
8
9 UNITED STATES DISTRICT COURT
10 NORTHERN DISTRICT OF CALIFORNIA
11 SAN JOSE DIVISION
12
13 ALEXANDER ABBE, ) Case No.: C-11-04664 PSG
 )
14       Plaintiff, ) **STANDBY ORDER TO SHOW**
 v. ) **CAUSE**
15 )
 PORTFOLIO RECOVERY ) **(Re: Docket No. 6)**
 ASSOCIATES, LLC, )
16 )
       Defendant. )
17 _____)
18
 The court has been advised that the parties have reached a settlement of all claims.
19
 Plaintiff Alexander Abbe ("Abbe") shall file a dismissal pursuant to Federal Rule of Civil
20
 Procedure 41(a)(1)(ii) no later than December 12, 2011.  If a dismissal of the action is not filed
21
 by that date, Abbe shall appear on December 13, 2011 at 2PM in Courtroom 5, 4th Floor and
22
 show cause why the case should not be dismissed.
23
 Failure to comply with this Order may result in dismissal of the action pursuant to
24
25
26
27
28

Case No.: 11-04664 PSG
STANDBY ORDER TO SHOW CAUSE                                                                   1

Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:   October 31, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-04664 PSG
STANDBY ORDER TO SHOW CAUSE                                                              2